IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICKEY ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:12cv397-TMH |
| | ) | |
| RYAN CONNER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AND OPINION**

On May 31, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 5). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that plaintiff's complaint, as amended (Doc. # # 1, 4), are DISMISSED prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(3)(2)(B)(I-ii).

Done this the 20th day of June, 2012.

/s Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE